Celia Blum, Respondent, v. Dorothy Krampner, Doing Business as Auto Discount Co., Appellant.— Appeal by defendant from a judgment in favor of the plaintiff in which it was decreed that a certain judgment for a sum of money is not a lien upon certain real property and restraining the defendant from asserting or enforcing such judgment against the real property, and from the order denying the defendant's motion to vacate and set aside the judgment. Judgment and order

unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.